DATE: 6/20/2005   CASE NUMBER: CR 03-00667-003-PHX-FJM

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JUN 20 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Hon. FREDERICK J. MARTONE, United States District Judge  #: 7028

USA vs. Noel Jaquez

DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Custody

Deputy Clerk Joella Baldwin                          Crt Rptr/ECR: Linda Schroeder-Willis

A.U.S. Attorney Glenn B. McCormick          Interpreter_____
                                                                   Language_____

Attorney for Defendant Michael S. Reeves (Appointed)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

## JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
on Ct(s) _  ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 151 Months on Ct(s) One of the Indictment to run concurrently with Maricopa County Superior Court cause number CR 2003-010501.

☒ Supervised release term of 5 Years by law on Ct(s) One

☐ Fine of $0.00 on Ct(s) One          TOTAL FINE $0.00

☐ Restitution of $ ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of $100.00 pursuant to 18 U.S.C. 3013 on Ct(s) One

☒ On Motion of U.S. Atty: Ct(s) CR 03-668 and all remaining counts are dismissed

☐ Order bond exonerated      ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Other: The Court accepts the Plea Agreement.  IT IS ORDERED granting government's oral motion to dismiss CR 03-668-1PHX-FJM as to this defendant only, separate order to issue.

